THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CLARA SEAMANDS, *et al.*, | Case No.: 09-cv-02054-JWL-KGS |
| Plaintiffs, | |
| v. | **DECLARATION OF JONATHAN PAUL** |
| SEARS HOLDINGS CORPORATION *et al.*, | |
| Defendants. | |

I, Jonathan Paul, declare as follows:

1. I am a Senior Project Administrator for Rust Consulting, Inc. ("Rust"). My business address is 625 Marquette Avenue, Suite 880, Minneapolis, Minnesota 55402-2469. My telephone number is (612) 359-2088. I am over twenty-one years of age and am authorized to make this declaration on behalf of Rust and myself.

2. Rust has extensive experience in class action matters, having provided services in class action settlements involving antitrust, securities fraud, property damage, employment discrimination, employment wage and hour, product liability, insurance and consumer issues. We have provided notification and/or claims administration services in more than 2,500 cases. Of these, more than 900 were Labor & Employment cases.

3. Rust was engaged by Counsel to provide notification services in the *Clara Seamands, et al., v. Sears Holdings Corporation et al.,* Settlement (the "Settlement"). Duties included: a) preparing, printing and mailing of the *Notice of Pendency of Class Action, Proposed Settlement and Hearing* ("Notice"), the *Class Member Settlement Award Claim Form* and the *Named Plaintiff Settlement Award Claim Form* ("Claim Forms") (collectively the "Class Notice"); b) receiving and reviewing Claim Forms submitted by Class Members and Named Plaintiffs; c) tracking of written requests for exclusion; d) drafting and mailing Settlement Award checks; and for such other tasks as the Parties mutually agree or the Court orders Rust to perform.

4. Rust obtained a mailing address of Seamands et. al. v. Sears Outlet Stores, LLC, c/o Rust Consulting, Inc., P.O. Box 1559, Minneapolis, Minnesota 55440-1559 to receive Claim Forms, requests for exclusion and undeliverable Class Notices.

5. Rust obtained a phone number of (866) 898-5106 for Class Members to call with questions regarding the Settlement.

6. On or about June 28, 2010, Rust received text for the Class Notice from Counsel. A draft of the Class Notice was prepared by Rust and approved by the Parties.

7. On or about June 25, 2010, Counsel for Defense provided Rust with a mailing list (the "Class List") containing the Class Members names, last known addresses, Social Security Numbers, Employee ID Numbers and an estimated settlement award amounts. The Class List contained data for 857 potential Class Members.

8. The mailing addresses contained in the Class List were processed and updated utilizing the National Change of Address Database ("NCOA") maintained by the U.S. Postal Service. The NCOA contains requested changes of address filed with the U.S. Postal Service. In the event that any individual had filed a U.S. Postal Service change of address request, the address listed with the NCOA would be utilized in connection with the mailing of the Class Notice.

9. On July 2, 2010, Class Notices were mailed to 857 Class Members contained in the Class List via First Class mail. The Class Notice advised Class Members that they could submit a Claim Form or written request for exclusion post-marked by September 2, 2010. The Class Notice also advised Class Members that they could file an objection to the Settlement with the Court, no later than September 6, 2010.

10. As of this date, Rust has received 135 undeliverable Class Notices. Of the 135 undeliverable Class Notices, Rust performed address traces on 134 undeliverable Class Notices. The address trace utilizes the Class Member's name, previous address and Social Security Number for locating a current address. Of the 134 traces performed, 80 updated addresses were obtained and Class Notices were promptly re-mailed to those Class Members via First Class mail. Of the 80 updated addresses mailed to from trace, 23 were returned as undeliverable.

DECLARATION OF JONATHAN PAUL

11. As of this date, seven (7) Class Notices were returned by the Post Office with forwarding addresses attached. Class Notices were promptly re-mailed to those Class Members via First Class mail.

12. Rust is responsible for receipt of all Claim Forms for the Settlement. As of this date, Rust has received 134 timely and valid Claim Forms. The number of timely and valid Claim Forms represents approximately 16% of Class Members. The timely and valid Claim Forms represent an estimated award amount of $10,224.00, which is approximately 28% of the maximum potential value of the Payout Fund. As of this date, Rust has also received three (3) untimely Claim Forms. The number of untimely Claim Forms represents approximately 0.4% of Class Members. The untimely Claim Forms represents an estimated award amount of $228.50, which is approximately 0.6% of the maximum potential value of the Payout Fund. Rust was informed that the Parties have mutually agreed to honor the three (3) untimely Claim Forms.

13. Rust is also responsible for receipt of all written requests for exclusion from the Settlement. As of this date, Rust has received one (1) timely and valid written request for exclusion.

14. As of this date, zero (0) objections were received by Rust.

15. The total cost for the administration of this Settlement, including fees incurred to date and future costs for completion of the administration, is estimated to be $33,844.00.

16. I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct to the best of my knowledge and that this Declaration was executed this 22nd day of September 2010, at Minneapolis, MN.

JONATHAN PAUL

DECLARATION OF JONATHAN PAUL